# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| PATRICIA ANN WHITEFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-04136-CV-C-DPR-SSA |
| | ) | |
| ANDREW M. SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Response to Order to Show Cause. (Doc. 3.) On November 3, 2020, the Court ordered Plaintiff to show cause in writing why this action should not be dismissed for failure to effect proper service on Defendant within 90 days. (Doc. 2.) Plaintiff now states that the failure was due to a ransomware attack on her counsel's law office, and that the calendaring of service upon Defendant had not been restored due to an oversight of counsel. Upon review, the Court finds that Plaintiff has shown cause as ordered, and the action will not be transferred to a district judge for dismissal at this time. Furthermore, the time for service is extended for a period of 30 days from the date of this Order.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: November 6, 2020